B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:09−bk−11192−SSC**
**Chapter 7**

In re Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  TIMOTHY DANIEL AXLINE                SHAUNTELLE CELESTE AXLINE
  13015 W. RANCHO SANTA FE BLVD        13015 W. RANCHO SANTA FE BLVD
  #1160                                #1160
  AVONDALE, AZ 85392                   AVONDALE, AZ 85392

Social Security / Individual Taxpayer ID No.:
  xxx−xx−2645                          xxx−xx−9799

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                        BY THE COURT


Dated: 9/23/09                          Sarah Sharer Curley
                                        United States Bankruptcy Judge



**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: admin              Page 1 of 2              Date Rcvd: Sep 23, 2009
Case: 09-11192                Form ID: b18             Total Noticed: 46
```

The following entities were noticed by first class mail on Sep 25, 2009.
```
db/jdb       +TIMOTHY DANIEL AXLINE,   SHAUNTELLE CELESTE AXLINE,   13015 W. RANCHO SANTA FE BLVD #1160,
              AVONDALE, AZ 85392-1728
aty           JOSEPH W. CHARLES,   PO BOX 1737,   GLENDALE, AZ 85311-1737
tr           +ROBERT A. MACKENZIE,   2025 N. 3RD ST., #157,   PHOENIX, AZ 85004-1425
8132108      +A& S Collection Associates,   P. O. Box 395,   Williamstown VT 05679-0395
8132109       ADT Security,   P. O. Box 650485,   Dallas TX 75265-0485
8132111       American Express,   Box 0001,   Los Angeles CA 90096-1001
8132112      +Aqua Finance,   Attn: Collections,   Po Box 844,   Wausau WI 54402-0844
8132114      +Bank of America,   P. O. Box 15726,   Wilmington DE 19886-5726
8132117      +Chrysler Financial,   P. O. Box 5223,   Lisle IL 60532-5223
8132118      +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City MO 64195-0507
8132119      +City Electric Supply,   P. O. Box 3115,   Englewood CO 80155-3115
8132120      +Concord Servicing Corp,   4725 N Scottsdale,   Scottsdale AZ 85251-7620
8132121      +Electrical Design Consultants,   1830 East Thomas Road,   Phoenix AZ 85016-8129
8217994      +GMAC,   PO Box 130424,   Roseville, MN 55113-0004
8132125      +Gemb/dillards Dc,   Po Box 981471,   El Paso TX 79998-1471
8132126      +Gemb/gap,   Attention: Bankruptcy,   Po Box 103106,   Roswell GA 30076
8132128      +HD Supply Electrical,   P. O Box 79382,   City Of Industry CA 91716-9382
8132129       Home Depot,   P. O. Box 6029,   The Lakes NV 88901-6029
8132132       INDYMAC BANK,   P. O. Box 78826,   Phoenix AZ 85062-8826
8132133      +Laurita Martial Arts Academy,   23425 North 39th Drive, #104-79,   Glendale AZ 85310-3277
8132134       Lowe’s Business Account,   P. O. Box 530970,   Atlanta GA 30353-0970
8132135      +MOR,   P. O. Box 60107,   City Of Industry CA 91716-0107
8132136      +Phoenix Children’s Medical Group,   P. O. Box 841167,   Dallas TX 75284-1167
8132137      +Premier,   P. O. Box 731,   Mahwah NJ 07430-0731
8132138      +Rancho Santa Fe HOA,   P. O. Box 60516,   Phoenix AZ 85082-0516
8132139      +Rapid Collection Systems,   P. O. Box 33633,   Phoenix AZ 85067-3633
8132141      +SCF Arizona,   3030 N 3rd St,   Phoenix AZ 85012-3065
8132140       Sca/Swezeys,   P.O.Box 215,   Memphis TN 38101-0215
8132142       Shell Fleet,   P. O. Box 183019,   Columbus OH 43218-3019
8132143      +Thd/CBSD - Home Depot,   PO Box 6029,   The Lakes NV 88901-6029
8132144      +Valley Anesthesiology Consultants,   P. O. Box 33219,   Phoenix AZ 85067-3219
8132145      +WACHOVIA DEALER SERVICE,   P.O. BOX 51470,   Ontario CA 91761-0070
8132146       WAMU,   P. O. Box 660487,   Dallas TX 75266-0487
```

The following entities were noticed by electronic transmission on Sep 23, 2009.
```
tr           +EDI: BRAMACKENZIE.COM Sep 23 2009 20:23:00      ROBERT A. MACKENZIE,   2025 N. 3RD ST., #157,
              PHOENIX, AZ 85004-1425
smg           EDI: AZDEPREV.COM Sep 23 2009 20:23:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2650
8132110      +EDI: BECKLEE.COM Sep 23 2009 20:18:00      American Express,   c/o Becket and Lee,   Po Box 3001,
              Malvern PA 19355-0701
8132113      +EDI: BANKAMER.COM Sep 23 2009 20:18:00      Bac / Fleet Bankcard,   Po Box 26012,
              Greensboro NC 27420-6012
8132114      +EDI: BANKAMER2.COM Sep 23 2009 20:18:00      Bank of America,   P. O. Box 15726,
              Wilmington DE 19886-5726
8132115      +EDI: CAPITALONE.COM Sep 23 2009 20:18:00      Capital 1 Bank,   Attn: C/O TSYS Debt Management,
              Po Box 5155,   Norcross GA 30091-5155
8132116      +EDI: CHASE.COM Sep 23 2009 20:23:00      Chase - Cc,   Attention: Banktruptcy Department,
              Po Box 15298,   Wilmintgon DE 19850-5298
8132118      +EDI: CITICORP.COM Sep 23 2009 20:18:00      Citibank Usa,   Attn.: Centralized Bankruptcy,
              Po Box 20507,   Kansas City MO 64195-0507
8132122      +EDI: RMSC.COM Sep 23 2009 20:18:00      GAP,   P. O. Box 530942,   Atlanta GA 30353-0942
8132123      +EDI: RMSC.COM Sep 23 2009 20:18:00      GE MONEY BANK,   P. O. Box 960061,   Orlando FL 32896-0061
8217994      +EDI: GMACFS.COM Sep 23 2009 20:23:00      GMAC,   PO Box 130424,   Roseville, MN 55113-0004
8132124      +EDI: RMSC.COM Sep 23 2009 20:18:00      Gemb/cost Plus World M,   Po Box 981439,
              El Paso TX 79998-1439
8132130       EDI: HFC.COM Sep 23 2009 20:18:00      HSBC Business Solutions,   P. O. Box 5219,
              Carol Stream IL 60197-5219
8132127      +E-mail/Text: bkynotice@harvardcollect.com                           Harvard Collection,
              4839 N Elston Ave,   Chicago IL 60630-2589
8132131      +EDI: HFC.COM Sep 23 2009 20:18:00      Hsbc/rs,   Pob 15521,   Wilmington DE 19850-5521
8132147      +EDI: CHASE.COM Sep 23 2009 20:23:00      Wash Mutual/providian,   Attn: Bankruptcy Dept,
              Po Box 10467,   Greenville SC 29603-0467
8132148      +EDI: RMSC.COM Sep 23 2009 20:18:00      World Market,   P. O. Box 960061,   Orlando FL 32896-0061
                                                                                             TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            OneWest Bank FSB fka IndyMac Federal Bank FSB, its
                                                                                             TOTALS: 1, * 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2009**                                 **Signature:**  _Joseph Speetjens_